MARC J. WINTHROP -- State Bar No. 63218
CHARLES LIU -- State Bar No. 190513
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
mwinthrop@winthropcouchot.com
cliu@winthropcouchot.com
kgupta@winthropcouchot.com

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

> FILED & ENTERED
>
> JUN 12 2009
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AUTOBACS U.S.A., INC.,<br>a California corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:09-10898 ES<br><br>Chapter 11 Proceeding<br><br>**ORDER ON DEBTOR'S MOTION FOR ORDER:**<br><br>**(1) APPROVING THE SALE OF STOCK FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363;**<br><br>**(2) APPROVING BID PROCEDURES; AND**<br><br>**(3) FINDING THAT BUYER IS GOOD FAITH BUYER**<br><br>DATE:  June 2, 2009<br>TIME:   10:30 a.m.<br>PLACE: Courtroom 5A<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701 |

A hearing on the Motion (1) approving the Offer to Purchase Common Stock of Autobacs Strauss, Inc. (the "Offer") regarding the sale of all of the outstanding common stock of Autobacs Strauss, Inc. (the "Stock") to GRL Capital Advisors, LLC, a New Jersey limited liability company

(the "Buyer"); (2) approving the bid procedures; (3) authorizing the Debtor's proposed sale of the Stock free and clear of all liens and interests; and (4) finding that the Buyer is a good faith buyer (the "Motion") filed by Autobacs U.S.A., Inc., a California corporation, the debtor and debtor-in-possession herein (the "Debtor"), was held before this Court on June 2, 2009, at 10:30 a.m. Appearances were made as noted on the record.

Having considered the arguments of counsel and the facts set forth in the pleadings and other papers filed in this case, having found that good cause exists to grant the Motion, the statements and arguments of counsel and the evidence presented at the hearing; the Court hereby finds as follows:

  A. Based on the declarations of service previously filed with the Court, notice of the Motion was adequate and reasonable under the circumstances.

  B. The Debtor did not receive an Initial Overbid[1] at or prior to the Bid Deadline; hence, the Auction was not held and the hearing on the Motion proceeded with respect to the Asset Purchase Agreement executed with Buyer (the "APA"), resulting in Buyer being the successful bidder on the Assets.

  C. The Bidding Procedures and the hearing on the Motion provided a full, fair and reasonable opportunity for any person or entity to make a higher and better offer to purchase the Assets (as defined in the APA). The sale was conducted in a non-collusive and fair manner, in good faith and is the result of an arms' length transaction between the Debtor and the Buyer. Accordingly, the Buyer is a good faith Buyer within the meaning of 11 U.S.C. § 363(m).

  D. The sale to Buyer, and the granting of the motion, is in the best interest of Debtor, its estate, and all creditors and parties in interest.

---

[1] Capitalized terms used herein shall have the meaning ascribed to such terms in the Motion and/or APA.

**NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

1. The Motion is granted and the Asset Purchase Agreement attached thereto as Exhibit 1 is approved in its entirety, except as modified herein.

2. Findings of fact shall be deemed conclusions of law and conclusions of law shall be deemed findings of fact as appropriate.

3. The Bidding Procedures set forth in the Motion are approved.

4. Buyer is a good faith Buyer pursuant to Section 363(m) of the Bankruptcy Code.

5. The Debtor is authorized to execute all documents and take any actions reasonably necessary to effectuate the sale.

6. The Debtor shall endorse the stock certificate(s) for all of the Debtor's shares of Autobacs Strauss, Inc. (the "Shares") to Buyer and take any other steps necessary to transfer the Shares to Buyer, within 48 hours after the later of (a) entry of this Order by the Court, or (b) payment in full of the purchase price by Buyer.

7. The requirement of a stay pursuant to Rule 6004(g) and 6006(d) of the Bankruptcy rules is waived.

8. The terms of this order shall be binding on Buyer and its successors, the Debtor and its Successors, and all other parties-in-interest in the Debtor's case, including any trustee or examiner later appointed in this case or upon conversion of this case to Chapter 7 of the Bankruptcy code.

9. The Court shall retain jurisdiction to interpret, implement, and enforce the provisions of, and resolve any disputes arising under or related to this Order and the APA.

IT IS SO ORDERED

DATED: June 12, 2009

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER ON DEBTOR'S MOTION FOR ORDER: (1) (1)  APPROVING THE SALE OF STOCK FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363;(2) APPROVING BID PROCEDURES; AND (3)   FINDING THAT BUYER IS GOOD FAITH BUYER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Autobacs USA, Inc.
> Toshio Kitamura, President/CEO
> 12645 Beach Blvd.
> Stanton, CA 90680

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 8, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 8, 2009 | Viann Corbin | /s/ *Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

E-MAIL SERVICE LIST

- Howard Camhi     hcamhi@ecjlaw.com
- Asa S Hami     ahami@sulmeyerlaw.com
- Michael J Hauser     michael.hauser@usdoj.gov
- Randall P Mroczynski     randym@cookseylaw.com
- Stacy Neuman     sneuman2@ford.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Cynthia Woodruff-Neer     cwoodruff-neer@alpine-usa.com

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the Court that a judgment or order entitled: **ORDER ON DEBTOR'S MOTION FOR ORDER: (1) APPROVING THE SALE OF STOCK FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363; (2) APPROVING BID PROCEDURES; AND (3) FINDING THAT BUYER IS GOOD FAITH BUYER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of June 8, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- Howard Camhi    hcamhi@ecjlaw.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@sulmeyerlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Charles Liu    cliu@winthropcouchot.com
- Randall P Mroczynski    randym@cookseylaw.com
- Stacy Neuman    sneuman2@ford.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com

☐ Service information continued on next page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page