MARC J. WINTHROP – State Bar No. 63218
  mwinthrop@winthropcouchot.com
CHARLES LIU – State Bar No. 190513
  cliu@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Ste 400
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

DEC 21 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AUTOBACS U.S.A., INC.<br><br>   Debtors and<br>   Debtors-in-Possession. | Case No. 8:09-bk-10898 ES<br><br>Chapter 11 Proceeding<br><br>**ORDER AUTHORIZING DISTRIBUTION OF FUNDS AND DISMISSING CASE**<br><br>[No Hearing Set] |

The Court having read and considered the Notice of Motion and Motion for Order (1) Authorizing Debtor to Distribute Funds to Creditors; and (2) Dismissing Chapter 11 Case; Memorandum of Points and Authorities; and Declaration in Support Thereof (the "Motion") filed by Autobacs U.S.A., Inc. (the "Debtor"), the Notice to Creditors regarding the filing of the Motion, and the Declaration of Charles Liu re non-receipt of opposition to the Motion, finding that the notice of opportunity for hearing on the Motion was sufficient, and good and adequate cause exists, it is hereby

1  **ORDERED** that:

2  1. The Motion is granted in its entirety;

3  2. The Debtor is authorized to distribute funds in accordance with the distribution schedule attached as Exhibit "1" to the Motion;

5  3. Any agreements the Debtor has with Autobacs Seven Co., Ltd. are terminated;

6  4. The status conference on this case set for January 14, 2010 at 10:30 a.m. is off calendar.

8  5. The Chapter 11 case is hereby dismissed; and

9  6. All orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties, notwithstanding entry of this order dismissing the Debtor's bankruptcy case.

###

DATED: December 21, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

-2-

Order#16432#3f866379-701e-4f3a-800e-008ae591e633

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER AUTHORIZING DISTRIBUTION OF FUNDS AND DISMISSING CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 3, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

    VIA COURIER: Hon. Erithe A. Smith

    VIA E-Mail:    Michael J Hauser    michael.hauser@usdoj.gov
                    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2009 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the Court that a judgment or order entitled: **ORDER AUTHORIZING DISTRIBUTION OF FUNDS AND DISMISSING CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of December 3, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

*SERVICE LIST ATTACHED*

☒ Service information continued on next page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page

**TO BE SERVED VIA NEF:**

- Adam N Barasch   anb@severson.com
- Howard Camhi   hcamhi@ecjlaw.com
- Kavita Gupta   kgupta@winthropcouchot.com
- Asa S Hami   ahami@sulmeyerlaw.com
- Michael J Hauser   michael.hauser@usdoj.gov
- Charles Liu   cliu@winthropcouchot.com
- Randall P Mroczynski   randym@cookseylaw.com
- Stacy Neuman   sneuman2@ford.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop   pj@winthropcouchot.com
- Cynthia Woodruff-Neer   cwoodruff-neer@alpine-usa.com